# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RANDY DEMOND PARKER

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

22-125-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes, dated March 6, 2025, to which an Objection[2] was filed. The Court conducted a *de novo* review, and finding no error, adopts the Magistrate Judge's Report and Recommendation.

**ACCORDINGLY,**

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is denied.

**IT IS FURTHER ORDERED** if sought, a Certificate of Appealability is denied; and this case shall be dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on this __20th__ day of June, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 20.
[2] Rec. Doc. 23.